UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEWEY WOODLE**                                                                                                **PLAINTIFF**

VS.                                     CASE NO. 4:05CV00775 JMM

**KOHLER CO.**                                                                                                  **DEFENDANT**

### ORDER

Pending before the Court are plaintiff's motion in limine (docket entry #57) and defendant's motion in limine (docket entry #33) . After reviewing the motions and responses the parties are directed as follows:

1. Defendant will be allowed to tell the jury that plaintiff filed a workers' compensation claim, but will not be able to tell the jury the amount of money plaintiff received as a result of the claim.

2. Defendant will be allowed to present evidence as to whether plaintiff was fraudulent in his claims or mischaracterized his limitations.

3. The Court will defer until trial any decision regarding evidence concerning defendant's financial condition as it relates to punitive damages.

4. Because relief in the form of plaintiff's reinstatement would be equitable in nature, defendant may not inform the jury that it has no objection to reinstating plaintiff; however, that evidence may be presented to the Court.

5. Dr. Irmo Marini will be allowed to testify regarding the reasonableness of defendant's

1

actions in reading plaintiff's medical records to mean that plaintiff was precluded from all work except sedentary employment.

6. Plaintiff's two expert witnesses, Dr. Irmo Marini and Randal Wright and treating physician, Dr. John Wilson, will be allowed to testify.

Based upon the above, plaintiff's motion in limine (docket entry #57) is granted in part and denied in part . Defendant's motion in limine (docket entry #33) is denied.

IT IS SO ORDERED THIS 26th day of October, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　James M. Moody
　　　　　　　　　　　　　　　　　　　United States District Judge