## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DEWEY WOODLE**                                                                **PLAINTIFF**

**VS.**                              **CASE NO.  4:05CV00775 JMM**

**KOHLER CO.**                                               **DEFENDANT**

### ORDER

Based upon the rulings stated into the record at the pre-trial conference in the above styled case held on October 30, 2006, defendant's Second Motions to Strike (docket entries #55 and #59) are denied in part and granted in part.

IT IS SO ORDERED this 30th day of October, 2006.

_____
James M. Moody
United States District Judge