IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEWEY WOODLE**                                                                                    **PLAINTIFF**

VS.                                    CASE NO. 4:05CV00775 JMM

**KOHLER CO.**                                                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on December 5, 2006 granting defendant's Motion for Judgment as a Matter of Law, it is Considered, Ordered and Adjudged that a judgment in the amount of $280,740.00 be entered in favor of plaintiff and against the defendant.

IT IS SO ORDERED this   6   day of  December , 2006.

_____
James M. Moody
United States District Judge