**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**DEWEY WOODLE**                                                                                    **PLAINTIFF**

**VS.**                                          **CASE NO.  4:05CV00775 JMM**

**KOHLER CO.**                                                                                   **DEFENDANT**


**ORDER**

For the reasons previously stated by the Court, plaintiff's Supplemental Motion for Costs

is granted (#98).    Plaintiff is awarded $3,890.14 in costs.

IT IS SO ORDERED THIS  23   day of   March  , 2007.




_____
James M. Moody
United States District Court