IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEWEY WOODLE**                                                                                **PLAINTIFF**

VS.                          **CASE NO. 4:05CV00775 JMM**

**KOHLER CO.**                                                                             **DEFENDANT**

**ORDER**

Pursuant to the Order entered on March 16 and March 23, 2007 granting defendant's Motion for Attorney's Fees and Costs, it is Considered, Ordered and Adjudged that the December 6, 2007 judgment in the amount of $280,740.00 is amended to include attorney's fees and costs in the amount of $167,580.14. Therefore, a total judgment in the amount of $448,320.14 is to be entered in favor of plaintiff and against the defendant.

IT IS SO ORDERED THIS   23   day of   March  , 2007.

                                                                               James M. Moody
                                                                               United States District Court